930

No. 284, Misc. KELLS v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. C. A. 5th Cir. Certiorari denied.

No. 285, Misc. HENSON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. C. A. 5th Cir. Certiorari denied.

No. 287, Misc. KIRSCH v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 288, Misc. KOCIELKO v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 296, Misc. SPENCER v. NEW YORK. Court of General Sessions of New York, New York County. Certiorari denied.

No. 297, Misc. MOORE v. NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 301, Misc. BOWEN v. MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 305, Misc. CHESNEY v. CALIFORNIA. Appellate Department, Superior Court of California, Los Angeles County. Certiorari denied. *G. G. Baumen* for petitioner.

No. 306, Misc. O'CONNELL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 309, Misc. HOLLY v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.